# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JACKIE JONES** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-24 |
| | § | |
| **ASPEN HEALTHCARE SERVICES, INC.**, | § | |
| | § | **JURY DEMANDED** |
| and | § | |
| | § | |
| **SUKHU GEORGE, Individually** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jackie Jones ("Plaintiff") files this Notice of Dismissal Without Prejudice regarding Plaintiff's claims against Defendants Aspen Healthcare Services, Inc., and Sukhu George, Individually, (collectively "Defendants") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendants have not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal without Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jackie Jones hereby gives her Notice of Dismissal without Prejudice and without the requirement of a Court Order.

Respectfully submitted,

By: /s/ Douglas B. Welmaker
   **Douglas B. Welmaker**
   State Bar No. 00788641
   DUNHAM & JONES, P.C.
   1800 Guadalupe Street
   Austin, TX 78701
   Tel.: (512) 777-7777
   Fax: (512) 340-4051
   E-mail: doug@dunhamlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**Certificate of Service**

Because Defendants have not yet made an appearance in this case, service is not required.

/s/ Douglas B. Welmaker